SUSAN S. MUCK (CSB NO. 126930)
JEDEDIAH WAKEFIELD (CSB NO. 178058)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
KAREN M. SERVER (CSB NO. 241430)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone:  415/875-2300
Facsimile:  415/281-1350
smuck@fenwick.com; jwakefield@fenwick.com;
ckevane@fenwick.com; kserver@fenwick.com

JAY L. POMERANTZ (CSB NO. 209869)
KALAMA M. LUI-KWAN (CSB NO. 242121)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200
jpomerantz@fenwick.com; klui-kwan@fenwick.com

Attorneys for Individual Defendants Peter F. Van Camp,
Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus,
Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi,
Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko,
and Nominal Defendant Equinix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DROSKOKSKI, Derivatively on Behalf of EQUINIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER F. VAN CAMP, KEITH D. TAYLOR, SUSHIL KAPOOR, MARJORIE S. BACKAUS, RENEE F. LANAM, PETER T. FERRIS, BRANDI GALVIN MORANDI, PHILIP J. KOEN, SCOTT KRIENS, LOUIS J. LAVIGNE, JR., STEVEN T. CLONTZ, STEVEN P. ENG, and GARY HROMADKO, <br><br> Defendants, <br><br> - and - <br><br> EQUINIX, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No.  C 06-6421-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

1   This Stipulation is entered into by and among plaintiff John Droskokski ("Plaintiff"), individual defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus, Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko, and nominal defendant Equinix, Inc. (collectively, "Defendants").

WHEREAS, Plaintiff has filed the above-captioned action in this Court alleging certain violations of the federal securities and state laws ("Federal Action");

WHEREAS, Plaintiff purports to have properly served all of the defendants named in the Federal Action except for Philip J. Koen, Steven T. Clontz, and Steven P. Eng;

WHEREAS, Defendants dispute the propriety of the purported service on certain of the defendants named in the Federal Action; and

WHEREAS, by this stipulation, the parties intend to set a uniform date for Defendants to respond to the complaint in the Federal Action;

IT IS HEREBY STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties that:

1.   Defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus, Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko, and Nominal Defendant Equinix, Inc. shall file a motion to dismiss or other response to the complaint in the above-captioned action no later than sixty (60) days after the date of entry of this Order;

2.   If Defendants file any motion directed at the complaint in the above-captioned action, opposition briefs shall be filed no later than forty-five (45) days after the filing of such motions, and reply briefs shall be filed no later than thirty (30) days after the filing of such oppositions; and

3.   By entering into this Stipulation, Defendants do not waive any right to challenge the sufficiency of the purported service on any of the defendants named in the above-captioned action.

IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

and submit a further appropriate stipulation amending this filing.

Dated: December 22, 2006          FENWICK & WEST LLP

By: _____/s/_____
Kalama M. Lui-Kwan

Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus, Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko, and Nominal Defendant Equinix, Inc.

Dated: December 22, 2006          LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP

By: _____/s/_____
Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Attorneys for Plaintiff John Droskokski

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Shawn A. Williams.

* * *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** Any motion shall be noticed for hearing on a date not less than 21 days after the replies are filed.

DATED: January 3, 2007 ~~2006~~

_____
The Honorable Jeffrey S. White
United States District Court Judge

25346/00402/LIT/1259367.2