1  SUSAN S. MUCK (CSB NO. 126930)
   KALAMA M. LUI-KWAN (CSB NO. 242121)
2  FENWICK & WEST LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA 94111
4  Telephone:  415/875-2300
   Facsimile:  415/281-1350
5  smuck@fenwick.com; klui-kwan@fenwick.com

6  JAY L. POMERANTZ (CSB NO. 209869)
   FENWICK & WEST LLP
7  Silicon Valley Center
   801 California Street
8  Mountain View, CA  94041
   Telephone: (650) 988-8500
9  Facsimile:  (650) 938-5200
   jpomerantz@fenwick.com;
10
   Attorneys for Individual Defendants Peter F. Van Camp,
11 Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus,
   Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi,
12 Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko,
   and Nominal Defendant Equinix, Inc.
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

| JOHN DROSKOKSKI, Derivatively on Behalf of EQUINIX, INC., | Case No.  C 06-6421-JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| v. | |
| PETER F. VAN CAMP, KEITH D. TAYLOR, SUSHIL KAPOOR, MARJORIE S. BACKAUS, RENEE F. LANAM, PETER T. FERRIS, BRANDI GALVIN MORANDI, PHILIP J. KOEN, SCOTT KRIENS, LOUIS J. LAVIGNE, JR., STEVEN T. CLONTZ, STEVEN P. ENG, and GARY HROMADKO, | |
| Defendants, | |
| - and - | |
| EQUINIX, INC., a Delaware Corporation, | |
| Nominal Defendant. | |

STIPULATION AND ORDER
RE BRIEFING SCHEDULE
CASE NO: C 06-6421-JSW

1    This Stipulation is entered into by and among plaintiff John Droskokski ("Plaintiff"),
2  individual defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus,
3  Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and
4  Gary Hromadko, and nominal defendant Equinix, Inc. (collectively, "Defendants").

5    WHEREAS, pursuant to the Court's order dated January 3, 2007 ("January 3, 2007
6  Order"), Defendants' responses to Plaintiff's complaint ("Complaint"), and any motions to
7  dismiss the Complaint, are due no later than March 5, 2007, and a briefing schedule was
8  established for any such motions to dismiss;

9    WHEREAS, nominal defendant Equinix, Inc. ("Equinix") intends to move to dismiss the
10  Complaint on the ground that Plaintiff lacks standing to sue on Equinix's behalf because, among
11  other things, Plaintiff did not make a pre-suit demand on Equinix's Board of Directors ("Equinix
12  Standing Motion");

13    WHEREAS, the Court's ruling on the Equinix Standing Motion will determine the
14  threshold issue of Plaintiff's standing to file and maintain a derivative lawsuit on behalf of
15  Equinix;

16    WHEREAS, Plaintiff and Equinix, through their counsel, intend to meet to discuss the
17  lawsuit and its possible resolution before the Equinix Standing Motion is filed;

18    WHEREAS, the parties believe that the resources of the Court and the parties are best
19  conserved, and the interests of judicial economy are best served, by deferring the filing of the
20  responses to the Complaint, or any additional motions to dismiss the Complaint, until after the
21  Court has decided the Equinix Standing Motion;

22    WHEREAS, Equinix and Plaintiff believe that they will each require more than 15 pages,
23  but no more than 25 pages, to brief fully the anticipated Equinix Standing Motion and opposition
24  thereto;

25    WHEREAS, the Court's order dated October 13, 2006 ("October 13, 2006 Order") set the
26  initial case management conference in the above-captioned action ("Initial CMC") for March 9,
27  2007, and set certain deadlines related to the ADR Multi-Option Program;

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

STIPULATION AND ORDER
RE BRIEFING SCHEDULE
CASE NO: C 06-6421-JSW

WHEREAS, the parties believe that it is premature to engage in the ADR Multi-Option Program at this time, and will be prepared to discuss this item with the Court at the Initial CMC;

WHEREAS, the parties believe that the resources of the Court and the parties are best conserved, and the interests of judicial economy are best served, by continuing the Initial CMC until the date of the hearing on the Equinix Standing Motion; and

WHEREAS, Plaintiff purports to have properly served all of the defendants named in this action except for Philip J. Koen, Steven T. Clontz, and Steven P. Eng, and Defendants dispute the propriety of the purported service on certain of the defendants named in this action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Northern District of California Civil Local Rule 6-1, by and between the undersigned counsel for the parties, as follows:

1. <u>The Equinix Standing Motion.</u>  Equinix will file a motion to dismiss the Complaint on the ground that Plaintiff lacks standing to sue on Equinix's behalf on or before April 19, 2007; Plaintiff will file his opposition to Equinix's motion to dismiss on or before June 4, 2007; and Equinix will file its reply to Plaintiff's opposition on or before July 3, 2007.  The briefs in support of and opposition to the motion to dismiss may not exceed twenty-five pages in length, and Equinix's reply to Plaintiff's opposition may not exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summaries of argument, if required.

2. <u>Responses to the Complaint.</u>  Other than as set forth above in Section 1, Equinix and the individual defendants shall have no obligation to respond to or move to dismiss the Complaint at this time.  Following the Court's resolution of the Equinix Standing Motion, the parties shall meet and confer regarding a schedule for any necessary responses to or motions to dismiss the Complaint.

3. <u>Initial Case Management Conference.</u>  The initial case management conference, currently set for March 9, 2007, shall be continued to the same date as the hearing on Equinix's Standing Motion, and the deadline for the parties to file a joint case management statement, consistent with the terms of the Court's October 13, 2006 Order, shall be no later than five (5) court days prior to this conference.  The deadlines in the Court's October 13, 2006 Order

1  regarding the ADR Multi-Option Program are vacated and the parties shall be prepared to discuss
2  this item at the initial Case Management Conference.
3   4. By entering into this Stipulation, Defendants do not waive any right to challenge
4  the sufficiency of the purported service on any of the defendants named in the above-captioned
5  action.
6   IT IS FURTHER STIPULATED, pursuant to Northern District of California Civil Local
7  Rule 6-1, by and between the undersigned counsel for the parties, that the parties may enter into
8  and submit a further appropriate stipulation amending this filing.

9  Dated: February 16, 2007   FENWICK & WEST LLP

10            By:  /s/
              Jay L. Pomerantz
11            Silicon Valley Center
            801 California Street
12            Mountain View, CA 94041
            Telephone:  (650) 988-8500
13            Facsimile:  (650) 938-5200

14            Attorneys for Defendants Peter F. Van Camp,
            Keith D. Taylor, Sushil Kapoor, Marjorie S.
15            Backaus, Renee F. Lanam, Peter T. Ferris,
            Brandi Galvin Morandi, Scott Kriens, Louis J.
16            Lavigne, Jr., and Gary Hromadko, and
            Nominal Defendant Equinix, Inc.
17
18  Dated: February 16, 2007   LERACH COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS, LLP

19            By:  /s/
              Travis E. Downs, III
20
21            655 West Broadway, Suite 1900
            San Diego, CA 92101
22            Telephone:  (619) 231-1058
            Facsimile:  (619) 231-7423

23            Attorneys for Plaintiff John Droskokski

24   Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I
25  attest under penalty of perjury that concurrence in the filing of the document has been obtained
26  from Travis E. Downs, III.
27  //
28  //

1 | **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.** The Standing Motion shall be noticed for hearing on July 27, 2007.

DATED: February 20, 2007

_____
The Honorable Jeffrey S. White
United States District Court Judge

25346/00402/LIT/1263208.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

4    STIPULATION AND ORDER
RE BRIEFING SCHEDULE
CASE NO: C 06-6421-JSW