William S. Lerach (CSB 68581)
Darren J. Robbins (CSB 168593)
Travis E. Downs, III (CSB 148274)
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619.231.1058
Fax: 619.231.7423
E-mail: bill@lerachlaw.com
darrenr@lerachlaw.com
travisd@lerachlaw.com

Shawn A. Williams (CSB 213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel: 415.288.4545
Fax: 415.288.4534
E-mail: shawnw@lerachlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DROSKOKSKI, Derivatively on Behalf of EQUINIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER F. VAN CAMP, KEITH D. TAYLOR, SUSHIL KAPOOR, MARJORIE S. BACKAUS, RENEE F. LANAM, PETER T. FERRIS, BRANDI GALVIN MORANDI, PHILIP J. KOEN, SCOTT KRIENS, LOUIS J. LAVIGNE, JR., STEVEN T. CLONTZ, STEVEN P. ENG and GARY HROMADKO, <br><br> Defendants, <br><br> -and- <br><br> EQUINIX, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C 06 6421 JSW <br><br> Honorable Jeffrey S. White <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

CASE #: C 06 6421 JSW

1    IT IS HEREBY STIPULATED, by and between plaintiff John Droskokski ("Plaintiff"), individual defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus, Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko, and nominal defendant Equinix, Inc. ("Equinix") (collectively, "Defendants"), through their respective counsel of record, as follows:

WHEREAS, this action was filed on October 13, 2006;

WHEREAS, none of the Defendants has responded to Plaintiff's complaint ("Complaint");

WHEREAS, pursuant to the Court's order dated February 20, 2007: (1) the deadline for Equinix to file its motion to dismiss the Complaint on the ground that Plaintiff lacks standing to sue on Equinix's behalf is April 19, 2007; and (2) Equinix and the individual defendants have no obligation to otherwise respond to or move to dismiss the Complaint at this time;

WHEREAS, Plaintiff and Defendants have met and conferred concerning this action;

WHEREAS, by this Stipulation and [Proposed] Order of Dismissal, Plaintiff and his counsel have agreed to voluntarily dismiss all claims alleged in the instant action without prejudice;

WHEREAS, each side agrees to bear its own attorneys' fees and costs and waives any claim against the other, including their counsel, for malicious prosecution, abuse of process, violations of Federal Rule of Civil Procedure 11 or any other claim arising out of, or in any way relating to or in connection with, the initiation, prosecution, assertion, settlement or resolution of this action.

NOW, THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree:

1.  The parties to this action submit this Stipulation and [Proposed] Order of Dismissal pursuant to Rules 41(a) and 23.1 of the Federal Rules of Civil Procedure and request that the Court dismiss this action and all claims alleged therein without prejudice.

2.  Equinix's motion to dismiss on the ground that Plaintiff lacks standing to sue on Equinix's behalf, which is currently set for hearing on July 27, 2007, shall be removed from the

1 | Court's calendar.

2 | Dated: April 12, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP

By:       /s/
        Travis E. Downs, III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Attorneys for Plaintiff John Droskokski

Dated: April 12, 2007

FENWICK & WEST LLP

By:       /s/
        Jay L. Pomerantz

Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants Peter F. Van Camp, Keith D. Taylor, Sushil Kapoor, Marjorie S. Backaus, Renee F. Lanam, Peter T. Ferris, Brandi Galvin Morandi, Scott Kriens, Louis J. Lavigne, Jr., and Gary Hromadko, and Nominal Defendant Equinix, Inc.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jay L. Pomerantz.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL     2     CASE #: C 06 6421 JSW

1  **[PROPOSED] ORDER**

2  PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that:

3  1. Equinix's motion to dismiss, which is currently set for hearing on July 27 2007, shall be removed from the Court's calendar.

5  2. All of Plaintiff's claims against Defendants are hereby dismissed without prejudice.

7  3. All parties will bear their own costs and attorneys' fees.

8  The Clerk of the Court shall close the file.

9  DATED: April 12, 2007

_____
The Honorable Jeffrey S. White
United States District Court Judge

# Mailing Information for a Case 3:06-cv-06421-JSW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Kalama M. Lui-Kwan**
  klui-kwan@fenwick.com slim@fenwick.com

- **Susan Samuels Muck**
  smuck@fenwick.com jwebb@fenwick.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com slim@fenwick.com

- **Darren J. Robbins**

- **Karen Marie Server Renn**
  kserver@fenwick.com

- **Jedediah Wakefield**
  jwakefield@fenwick.com rjones@fenwick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`